UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MELISSA BIALLA,<br><br>        Plaintiff,<br>    v.<br>KIM TURNER, et al.<br><br>        Defendants.<br>_____/ | No. C 11-05572 MEJ<br><br>**ORDER TO SHOW CAUSE** |

There are currently three motions to dismiss pending in this case, the Defendants in the above-captioned matter filed a , with a noticed hearing dates of January 19 and 26, 2012. (Dkt. Nos. 4, 7, 10.) However, Plaintiff failed to file any opposition(s) pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the noticed hearings and ORDERS Plaintiff Melissa Bialla to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by January 12, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct an order to show cause hearing on January 26, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 30, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge