**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA BIALLA,                      No. C 11-5572 SI

    Plaintiff,                        **JUDGMENT**

  v.

KIM TURNER, et al.,

    Defendant.
                                      /

    This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge