IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELISSA BIALLA,

     Plaintiff,

v.

KIM TURNER, et al.,

     Defendant.
                                   /

No. C 11-5572 SI

**JUDGMENT**

This action has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: February 21, 2012

SUSAN ILLSTON
United States District Judge